WELDON v. BROWN et al. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Walter S. Weldon against James N. Brown and another. No opinion. Motion denied.

WELLS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by Emma J. Wells against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $3,500 as of the date of rendition thereof, in which event the judgment, as so modified, and the order, are affirmed, without costs of this appeal to either party.

In re WHITE. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) In the matter of the application of Josiah J. White as guardian of the person of Frederic Hall White, an infant, for the payment of funds, etc. No opinion. Motion to dismiss appeal denied.

In re WHITE. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) In the matter of the application of Frederic Hall White for an allowance to prosecute his studies. No opinion. Motion to dismiss appeal denied, with $10 costs.

WHITE, Respondent, v. NEW YORK DOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Alexander White against the New York Dock Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re WHITLOCK AVE. (Supreme Court, Appellate Division, First Department. February 11, 1904.) In the matter of Whitlock Avenue. No opinion. Motion granted as to questions 1 and 2.

WILEY, Respondent, v. FARRAND et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Eleanora Wiley against Isaac T. Farrand and others.

PER CURIAM. Judgment affirmed, with costs.

STOVER, J., dissenting.

WILHELM, Respondent, v. WILHELM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by Caro Wilhelm against Emil Wilhelm and another.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., dissents. McLENNAN, P. J., not sitting.

WILSON, Appellant, v. BROOKLYN HOMEOPATHIC HOSPITAL, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1904.) Action by Alexander Wilson against the Brooklyn Homeopathic Hospital. No opinion. Motion, in so far as it asks to dismiss the appeal from the order refusing resettlement of the case on appeal, granted, with $10 costs. Motion to dismiss the appeal from the judgment denied, on condition that the appeal be perfected, and the case be brought on for argument at the next term.

WITMARK et al., Respondents, v. TAMS, et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Marcus Witmark and others against Arthur W. Tams and Benno Loewy. B. Loewy, for appellants. A. S. Gilbert, for respondents.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

VAN BRUNT, P. J., and O'BRIEN, J., dissent.

WOOD, Respondent, v. WHELEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by John J. Wood against Susie V. Whelen. No opinion. Judgment affirmed, with costs.